IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES R. ADAMS,**

    **Plaintiff,**

-vs-                                                    **No.  05-CV-817 DRH**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Philp M. Frazier and the Plaintiff's application for attorneys' fees.

    **IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The plaintiff's motion for summary judgment is **GRANTED**.  The decision of the agency is **REVERSED** and this case is **REMANDED** for further proceedings.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's application for attorneys' fees under the Equal Access to Justice Act is **GRANTED**.  Fees in the amount of $3,901.25 are awarded to plaintiff's attorney.-------------------------------------------------------------------

                                                          **NORBERT G. JAWORSKI, CLERK**

August 20, 2007                                    By: s/Patricia Brown
                                                                 Deputy Clerk

APPROVED:  /s/     DavidRHerndon
                   **U.S. DISTRICT JUDGE**