IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES R. ADAMS,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

**Defendant.** No. 05-CV-0817-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's counsel's October 31, 2007 petition for attorney fee pursuant to § 201(b)(1) (Doc. 34). Specifically, Frederick J. Daley, Jr., moves the Court to award him a fee for administrative and court work in the amount of $11,190.00 of which counsel shall refund the EAJA fee of $3,901.25 to Plaintiff. As of this date, Defendant has not responded to the petition.[1] Thus, the Court considers the failure to respond as an admission of the merits of the motion. Thus, the Court **AWARDS** attorney Frederick J. Daley, Jr., a fee for administrative and court work in the amount of $11,190.00 of which he shall refund the EAJA fee of $3,901.25 to James Adams. The Commissioner of the Social Security

---

[1] **Local Rule 7.1(g)** provides in part: "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."

Administration shall make this award payable to Frederick J. Daley, Jr., Plaintiff's attorney.

**IT IS SO ORDERED.**

Signed this 20th day of November, 2007.

/s/     DavidRHerndon
**Chief Judge
United States District Court**